258 So.2d 383

**STATE of Louisiana ex rel. Clarence JACKSON**

v.

**C. Murray HENDERSON, Warden, Louisiane State Penitentiary.**

**No. 52237.**

March 8, 1972.

In re: Clarence Jackson applying for writs of habeas corpus, mandamus and certiorari.

Writ denied: The showing made is insufficient to justify the exercise of our original or supervisory jurisdiction.

258 So.2d 384

**STATE of Louisiana ex rel. Ernest C. BERGERON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52240.**

March 8, 1972.

In re: Ernest C. Bergerson applying for habeas corpus.

Since the trial judge has ordered the return of applicant to be re-sentenced, the application is moot.

258 So.2d 383

**STATE of Louisiana**

v.

**Paul GERSTENBERGER and Holly Tatsch.**

**No. 52238.**

March 8, 1972.

In re: Paul Gerstenberger and Holly Tatsch applying for writs of certiorari, prohibition and mandamus.

Application denied; there is an adequate remedy for review available to applicants in the event of conviction.